# IN THE DISTRICT COURT OF THE UNITED STATES
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| vs. | ) Docket No. 3:12-CR-239 |
| | ) |
| KUROSH MEHR (9) | ) |
| ANN TYSON MITCHELL (10) | ) |
| _____ | ) |

## ORDER

**THIS MATTER** is before the Court on Defendant's Mehr's Motion to Sever (Doc. No. 451) and the Government's Response (Doc. No. 456). For the reasons stated in the Motion and the Government's Response, the Court will **GRANT** Defendant Mehr's Motion and continue the trial of this Defendant until the June 23, 2014 trial calendar. The Government does not oppose severing Defendant Mehr, but does recommend grouping Defendants Mehr and Mitchell, as much of the same evidence is to be presented against these defendants, and there are substantial efficiencies in grouping these defendants together. The Court has spoken with counsel for Defendant Mehr and counsel for Defendant Mitchell; both defendants consent to this timing of the trial.

In making this determination, the Court has considered the requirements of 18 U.S.C. § 3161(h)(7)(A), as well as the factors in 18 U.S.C. § 3161(h)(7)(B), and finds that the ends of justice are served by continuing this matter and that such action outweighs the interest of the public and the defendants to a speedy trial.

**THEREFORE, IT IS ORDERED** that the trial of Defendant Mehr and Defendant Mitchell be rescheduled for **June 23, 2014 at 10:00 a.m.** in the Charlotte Division. The Court previously suspended pre-trial deadlines with respect to Defendant Mitchell. All pre-trial deadlines in this matter as to Defendant Mehr are also suspended and will be re-set at a later date.

The Clerk is ordered to certify copies of this Order to the Marshals, Probation, the Government, the Defendant, and the Bureau of Prisons.

**SO ORDERED.**

Signed: January 15, 2014

Graham C. Mullen
United States District Judge