IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| vs. | ) | Docket No. 3:12-CR-239 |
| | ) | |
| KUROSH MEHR (9) | ) | |
| ANN TYSON MITCHELL (10) | ) | |
| _____ | ) | |

# ORDER

**THIS MATTER** is before the Court on Defendant Mitchell's Motion to Continue Trial (Doc. No. 531). For good cause shown, the Court will **GRANT** the Motion and continue the trial of this Defendant until the September 29, 2014. Previously, the Court ordered that Defendant Mitchell and Defendant Mehr should be tried together, as the Government demonstrated that much of the same evidence is to be presented against these defendants, and there are substantial efficiencies in grouping these defendants together. (Doc. No. 458). Thus, The Court will also continue the trial of Defendant Mehr until September 29, 2014. The Court has spoken with counsel for Defendant Mehr and counsel for Defendant Mitchell; both defendants consent to this timing of the trial.

In making this determination, the Court has considered the requirements of 18 U.S.C. § 3161(h)(7)(A), as well as the factors in 18 U.S.C. § 3161(h)(7)(B), and finds that the ends of justice are served by continuing this matter and that such action outweighs the interest of the public and the defendants to a speedy trial. Notably, the Court finds that this case is so unusual or complex that it is unreasonable to expect adequate preparation for pretrial proceedings and the trial itself within the established time limits.

**THEREFORE, IT IS ORDERED** that the Motion (Doc. No. 531) is **GRANTED** and the trial of Defendant Mehr and Defendant Mitchell is rescheduled for **September 29, 2014 at 10:00 a.m. in Courtroom 2** in the Charlotte Division. Accordingly, and for the reasons stated herein, Defendant Mitchell's pending Motion to Sever (Doc. No. 281) is **DENIED** as moot.

**IT IS FURTHER ORDERED** that motions to compel discovery, motions to suppress, motions under Rules 7, 8, 12, 13, 14, 16, 18, and 41 of the Federal Rules of Criminal Procedure, and motions *in limine* shall be filed no later than **September 1, 2014**. Responses to those motions shall be filed no later than **September 8, 2014**. Reply briefs shall be filed no later than **September 15, 2014**. Proposed jury instructions shall be filed no later than **September 15, 2014**.

The Clerk is ordered to certify copies of this Order to the Marshals, Probation, the Government, and the Defendants.

**SO ORDERED.**

Signed: May 7, 2014

Graham C. Mullen
United States District Judge