UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | DOCKET NO. 3:12-cr-239 |
| v. | ) | |
| | ) | **ORDER** |
| (10)   ANN TYSON MITCHELL | ) | |

**THIS MATTER** is before the Court upon Defendant's Motion to Adjust Conditions of Release (Doc. No. 767) and the Government's Response (Doc. No. 775). The Court will conduct a hearing on this matter on **Tuesday December 2, 2014 at 2 p.m. in Courtroom 3 in the Charlotte Division.**

**SO ORDERED.**

Signed: November 20, 2014

Graham C. Mullen
United States District Judge

1